## SOUSANIA v. STATE OF INDIANA.

[No. 22,071.   Filed April 17, 1912.]

From Criminal Court of Marion County (38,816) ; Joseph T. Markey, Judge.

Prosecution by the State of Indiana against Theodora Sousania. From a judgment of conviction, the defendant appeals. Affirmed.

Wm. E. Riley, Groninger & Groninger, for appellant.

Thomas M. Honan, Attorney-General, Edwin Corr, Thomas H. Branaman and James E. McCullough, for the State.

MONKS, J.—The questions presented by the record in this case are in all respects the same as those presented and decided in the case of Christison v. State (1912) ante, 363, 98 N. E. 113, and upon the authority of that case the judgment in this case is affirmed.

## BEVERLEY v. STATE OF INDIANA.

[No. 22,126.   Filed May 28, 1912.]

From Knox Circuit Court; Orlando H. Cobb, Judge.

Prosecution by the State of Indiana against Albert Beverley. From a judgment of conviction, the defendant appeals. Affirmed.

James S. Pritchett, for appellant.

Thomas M. Honan, Attorney-General, Thomas H. Branaman, Edwin Corr and James E. McCullough, for the State.

SPENCER, J.—The questions involved in this appeal are the same as those considered in Gordon v. State (1912) ante, 689, 98 N. E. 627, and for the reasons therein stated the judgment appealed from, rendered in the Knox Circuit Court on June 20, 1911, finding the appellant guilty as charged, is hereby affirmed.

Judgment affirmed.